**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Norman CRAIG, Defendant–Appellant.**

No. 00–7498.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 19, 2001.

Norman Craig, pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Norman Craig seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Craig,* Nos. CR–96–105–3–V; CA–0–403–3–V (W.D.N.C. Oct. 11, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Although the district court's order is marked as "filed" on October 5, 2000, the district court's records show that it was entered on the docket sheet on October 11, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. *Wilson v. Murray,* 806 F.2d 1232, 1234–35 (4th Cir.1986).